UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-60879

UNITED STATES OF AMERICA,

Plaintiff,

v.

MEBEL ABIGAIL GARCIA ORELLANA,

Defendant.
_____ /

## COMPLAINT

Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, alleges as follows:

## JURISDICTION AND VENUE

1. This action is brought by the United States pursuant to 28 U.S.C. § 1345 as the Plaintiff is the United States of America.

2. Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1395(a) in that the events giving rise to the Plaintiff's claims occurred in the Southern District of Florida, and because the Defendant resides within the Southern District of Florida.

## GENERAL ALLEGATIONS

3. Defendant is indebted to the United States for a civil penalty assessed for her willful failure or refusal to depart from the United States pursuant to a final order of removal.

4. The civil monetary penalty is owed pursuant to 8 U.S.C. § 1324d(a) and may be recovered in a civil suit pursuant to 8 U.S.C. §§ 1329, 1330.

5. On February 2, 2005, the Defendant was ordered to be removed from the United

States of America. *See* Exhibit A, Order of the Immigration Judge.

6.      Defendant thereafter has willfully failed or refused to depart from the United States.

7.      Pursuant to 8 C.F.R. § 280.53(b)(14), the penalty for Defendant's willful failure to depart is set at $998 per day for each day of violation.

8.      On November 8, 2025, the Department of Homeland Security, through an Immigration Services Officer, and pursuant to 8 C.F.R. § 281.1, issued a Notice of Violation and Order Under the Immigration and Nationality Act. *See* Exhibit B, Violation Order. That Order was personally served on the Defendant on November 29, 2025. *See* Exhibit C, Proof of Service.   The Defendant has not appealed the Order or disputed the same. *See* Exhibit D, Certificate of Indebtedness ("COI").

9.      No payment has been made to satisfy the debt, and government databases show no record of departure for the debtor. *See* Exhibit D, COI.

10.     As of February 25, 2026, the total debt owed by the Defendant pursuant to 8 U.S.C. § 1324d(a) for her willful failure and refusal to depart from the United States was $2,108,574.40, and daily penalties continue to accrue. *See* Exhibit D, COI.

11.     Pursuant to the Servicemembers Civil Relief Act, the Plaintiff has researched and determined that the Defendant is not on active military duty.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, United States of America, seeks entry of a judgment in favor of the Plaintiff against the Defendant in the amount of $2,108,574.40, plus interest and penalties that have accrued to the date of judgment, and thereafter, interest accruing at the legal rate pursuant to 18 U.S.C. § 1961.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
Brett R. Geiger
Court No.: A5502622
Assistant United States Attorney
Brett.Geiger@usdoj.gov
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132-2111
Tel No.: 305.961.9190

3